MEMORANDUM OPINION



No. 04-02-00665-CV


IN THE INTEREST OF K.Y.H. and K.R.H., Minor Children


From the 285th Judicial District Court, Bexar County, Texas

Trial Court No. 2001-CI-08908

Honorable Phylis J. Speedlin, Judge Presiding



PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: May 21, 2003


DISMISSED


 The appellant has filed an agreed motion to dismiss this appeal. We grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).


 PER CURIAM